THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAITY MARSHALL, Appellant.

Submitted August 25, 2014; decided August 28, 2014

1056

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.